AUG 18 2026 PM4:07

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 5:26-cr-88-TPB-PRL
18 U.S.C. § 842(a)(3)(A)

EDWARD JAMES TIMOTHY JOYNT

**INDICTMENT**

SEALED

The Grand Jury charges:

**COUNT ONE**
**(Transport, Ship, Cause to be Transported, or Receive Any Explosive Material)**

On an unknown date, but no earlier than January 2022 and no later than January 2026, in the Middle District of Florida, and elsewhere, the defendant,

**EDWARD JAMES TIMOTHY JOYNT,**

not being a licensee or permittee under Chapter 40 of Title 18 of the United States Code, knowingly did transport, ship, and cause to be transported and shipped, in interstate commerce from Marine Corps Base Camp Lejeune, North Carolina, to Lady Lake, Florida, explosive materials, namely, approximately 1.25 pounds of Composition-4 (C-4) plastic explosive, detonation cord, and blasting caps, knowing and having reasonable cause to believe that such transportation and shipment of explosive materials was not lawful under the applicable laws and rules of the State in which the explosive materials were received.

In violation of 18 U.S.C. §§ 842(a)(3)(A) and 844(a).

**FORFEITURE**

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 982(a)(2)(B).

2. Upon conviction of a violation of 18 U.S.C. § 842, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(b), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21

U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).

A TRUE BILL,

[redacted]

Foreperson

GREGORY W. KEHOE
United States Attorney

By: ______________________________
Jerry M. Harre
Special Assistant United States Attorney

By: ______________________________
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

FORM OBD-34
August 26

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

EDWARD JAMES TIMOTHY JOYNT

INDICTMENT

Violations: 18 U.S.C. § 842(a)(3)(A)

A true bill,

[redacted]

Foreperson

Filed in open court this 18th day

of August 2026.

M Taylor

Clerk

Bail $________________________

GPO 863 525